# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0219.  VICTOR LAMAR CLEMENT v. THE STATE.**

On December 31, 2015, Victor Lamar Clement filed an application for discretionary appeal seeking to challenge the trial court's order of November 25, 2015, denying his motion for an out of time appeal.[1]  We lack jurisdiction.

The denial of a motion for out of time appeal is directly appealable.  See *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).  Ordinarily, when a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d); *Hill v State*, 204 Ga App 582 (420 SE2d 393) (1992).  Here, Clement filed his application 36 days after the trial court's order was entered.  Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.  See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/28/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Clement's direct appeal was dismissed as untimely.  See *Clement v. State*, Case No. A13A1419, dismissed April 4, 2013.